IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:21-cr-00047-MR-WCM-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **(1) JETHRO ADAM WARREN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Partial Relief From Stay [Doc. 72].

While stylized as a "Motion for Relief From Stay," this matter is not stayed and Defendant's Motion does not seek the lifting of a stay. Rather, Defendant's Motion seeks permission to provide "a copy of the third amended plea agreement filed herein under seal" to Defendant's state court counsel representing him on related state charges. [Doc. 72]. However, the third amended plea agreement is restricted – not under seal. When a filing is restricted, electronic access to the filing is limited to court users, case participants, and members of the public using the Court's public terminals. See Sealed and Restricted Documents Reference Guide at https://www.ncwd.uscourts.gov/content/sealedrestricted-documents-

reference-guide (last visited March 10, 2022). Accordingly, the third amended plea agreement is not under seal and the Defendant's state counsel is not precluded from receiving a copy thereof.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Partial Relief From Stay [Doc. 72] is **GRANTED** to the extent that Defendant's counsel in this matter may provide a copy of the third amended plea agreement [Doc. 61] to Defendant's state counsel.

**IT IS SO ORDERED.**

Signed: March 11, 2022

Martin Reidinger
Chief United States District Judge